# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 6D23-2395
Lower Tribunal No. 2017DP-000153
_____

In the Interest of D.L.B., a child.

D.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Kelly P. Butz, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Andrew Feigenbaum, Appellate Counsel, of Children's Legal Services, West Palm Beach, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Appellate Division, of the Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Statewide Guardian ad Litem Office.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED